No. 15,828.

PARDEE *v.* SNYDER, ET AL.
(181 P. [2d] 468)

Decided May 26, 1947.

A proceeding in juvenile court involving the question of dependency of a minor child, and its adoption by defendants in error. Decree of adoption entered.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE LUXFORD, participating.

Mr. EDWARD V. DUNKLEE, Mr. GEORGE F. DUNKLEE, Mr. DAVID V. DUNKLEE, for plaintiff in error.

MOLLY O. EDISON, Mr. JEAN S. BREITENSTEIN, for defendants in error.